ACCEPTED
12-14-00258-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/29/2015 6:06:54 PM
CATHY LUSK
CLERK

No. 12-14-00258-CV

In the

Twelfth Court of Appeals

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/29/2015 6:06:54 PM
CATHY S. LUSK
Clerk

Danny Vines and Nancy Vines

*Appellants,*

v.

Ray Durrett,

*Appellee.*

## Appellee's Second Motion for Extension of Time to File Appellee's Brief

TO THE HONORABLE COURT OF APPEALS:

Appellee Ray Durrett respectfully asks the Court to extend the time for filing his Appellee's Brief by 30 days, to and including March 6, 2015.

1. **Appellee's Brief is currently due on February 4, 2015**.

2. **Appellee hereby requests a 30-day extension of time to file his Appellee's Brief, to and including March 6, 2015.**

1

3.   **This is Appellee's second motion for extension of time** to file his Appellee's Brief; one prior extension has been granted.

4.   **The following facts justify the relief requested**:

The undersigned counsel, who is responsible for drafting Appellee's Brief, will not have time to complete Appellee's Brief before the current February 4, 2015 deadline.  Since Appellee's Unopposed First Motion for Extension of Time to File Appellee's Brief was granted on December 23, 2014, the undersigned has been or will be involved in the following matters that have prevented or will prevent him from completing Appellee's Brief by the current February 4, 2015 deadline and necessitate the 30-day extension requested herein.

• Drafting Appellee's brief in Cause No. 12-14-00123-CV in the Twelfth Court of Appeals, styled Liberty Mutual Insurance Company v. Rickie Sims, which brief was filed on December 27, 2014;

• Drafting Plaintiff's Consolidated Amended Motion for Summary Judgment and Amended Response to Defendant's Motion for Summary Judgment in Juaune Burgess v. College Station Medical Center, LLC, Cause No. 13-000447-CV in the 361st District Court of Brazos County, Texas, which was filed on January 9, 2015;

• Preparing for and attending oral argument in Enzo Investments, L.P. v. Charles White, Cause No. 14-13-00509-CV in the Fourteenth Court of Appeals, styled Enzo Investments, L.P. v. Charles White, which argument occurred on January 14, 2015;

• Drafting White's Post Submission Brief in Enzo Investments, L.P. v. Charles White, Cause No. 14-13-00509-CV in the Fourteenth Court of

2

Appeals, styled Enzo Investments, L.P. v. Charles White, which was filed on January 16, 2015;

- Assisting with the drafting of Plaintiff's response to Defendant's motion for new trial in Eden Davis et al. v. Gautham Reddy, M.D. et al., Case No. A-11-646202 in the Eighth Judicial District Court of Clark County, Nevada, which response was due on January 21, 2015;

- Drafting Circle K's Post-Arbitration Brief in Arbitration No. 50_467_T_00863_12 before the American Arbitration Association, styled Circle K Stores, Inc. v. McLane Company, Inc., which was filed on January 21, 2015;

- Legal research and trial support in a number of other cases.

5. The undersigned's involvement in the matters set forth above will prevent him from completing Appellee's Brief by the current February 4, 2015, deadline. This extension is sought so that the merits might be presented in the most helpful manner for the Court, and not for purposes of delay.

6. The facts stated in this motion are either within the Court's knowledge in its official capacity or within the personal knowledge of the undersigned counsel, so no affidavit is required under Texas Rule of Appellate Procedure 10.2.

WHEREFORE, Appellee respectfully prays for the relief sought herein.

Respectfully submitted,

/s/ Darrin Walker
Darrin Walker
State Bar. No. 00788600
LAW OFFICE OF DARRIN WALKER

3

6134 Riverchase Glen Dr.
Kingwood, Texas 77345
(281) 358-2295 (telephone)
(281) 358-5602 (facsimile)
darrinwalker@embarqmail.com

*Counsel for Appellee*

## Certificate of Conference

I certify that I conferred with Appellant's counsel, George Gibson, regarding this motion by email on January 26, 2015. Mr. Gibson stated that he would check with appellants regarding whether they oppose this motion. At the time of the filing of this motion, Mr. Gibson has not advised the undersigned whether appellants are opposed to this motion, so the undersigned assumes that they are.

                      /s/ Darrin Walker
_____
                      Darrin Walker

## Certificate of Service

I hereby certify that the foregoing motion has been provided to counsel listed below in the manner indicated on this 29th day of January, 2015.

c.c.    Hon. George Gibson            via electronic service and
        Attorney for Appellants        via email to ggibson@nathansommers.com

                      /s/ Darrin Walker
_____
                      Darrin Walker